IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ANTHONY SMITH,<br><br>        Plaintiff,<br><br>  vs.<br><br>DUFFY; TONY LEE; RAMOS; BORSH; HALL; INFANTE; R. ALLEN,<br><br>        Defendants.<br>                                                / | No. C 13-1738 WHA (PR)<br><br>**ORDER OF TRANSFER**<br><br><br>(Dkt. 2, 4) |

      Plaintiff, a California prisoner incarcerated at the California Correctional Center in Susanville, California, filed this civil rights case under 42 U.S.C. 1983 complaining about his placement in the Administrative Segregation Unit when he was incarcerated at the California Medical Facility ("CMF") in Vacaville, California. Defendants are located at CMF. CMF and Susanville are located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). In light of this transfer, the application to proceed in forma pauperis and the motion for appointment of counsel are deferred to the Eastern District.

      The clerk shall transfer this matter forthwith.

      **IT IS SO ORDERED.**

Dated: May   1  , 2013.

                                        WILLIAM ALSUP<br>                                      UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.13\SMITH1738.TRN.wpd