UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ANTHONY SMITH, | No. 2:13-cv-0864 AC P |
| Plaintiff, | |
| v. | ORDER |
| DUFFY, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On June 12, 2013, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Halverson was returned unserved because "nobody at this address is authorized to accept service." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed April 17, 2013;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed April 17, 2013; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

DATED: November 25, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   DARRELL ANTHONY SMITH,                 No. 2:13-cv-0864 AC P
12           Plaintiff,
13        v.                                NOTICE OF SUBMISSION OF
                                            DOCUMENTS
14   DUFFY, et al.,
15           Defendants.
16
17       Plaintiff hereby submits the following documents in compliance with the court's order
18   filed _____ :
19       ____     completed summons form
20       __1__    completed USM-285 form
21       __2__    copies of the _____April 17, 2013_____
22                              Complaint
23   DATED:
24
25
26
27                                              _____
28                                              Plaintiff
                                            3