IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRELL SMITH,** | Case No. 2:13-cv-0864 WBS AC (PC) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **DUFFY, et al.,** | |
| Defendants. | |

   Good cause appearing, the Defendants' motion to modify the scheduling order is GRANTED. The dispositive motion deadline shall be extended to April 28, 2014.

Dated:  March 13, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE